SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
scalequalaccess@yahoo.com

Attorney for Plaintiff,
CLIFTON WALKER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFTON WALKER, <br><br> Plaintiff, <br><br> vs. <br><br> PANDA EXPRESS, INC.; MEL J. RAAB, AS TRUSTEE OF THE MEL J. RAAB CHILD TRUST UNDER THE RAAB FAMILY TRUST; and DOES 1 through 10, <br><br> Defendants. | Case No.: 2:21-cv-01660-JFW (AFMx) <br><br> **NOTICE OF SETTLEMENT OF ENTIRE CASE** |

Notice is hereby given that Plaintiff CLIFTON WALKER ("Plaintiff") and Defendants have settled the above-captioned matter as to the entire case. Parties requests that the Court grant thirty (30) days from the date of this filing for Plaintiff to file dispositional documents in order to afford Parties time to complete settlement.

DATED: June 28, 2021            **SO. CAL EQUAL ACCESS GROUP**

                                                  */s/ Jason J. Kim*
                                             JASON J. KIM
                                             Attorney for Plaintiff