JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -- GENERAL

Case No.    **CV 21-1660-JFW(AFMx)**                                        Date: June 29, 2021

Title:      Clifton Walker -v- Panda Express, Inc., et al.

---

**PRESENT:**

    **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

    Shannon Reilly                                                    None Present
    Courtroom Deputy                                             Court Reporter


**ATTORNEYS PRESENT FOR PLAINTIFFS:**          **ATTORNEYS PRESENT FOR DEFENDANTS:**
                  None                                                                                              None

**PROCEEDINGS (IN CHAMBERS):**       **ORDER OF DISMISSAL**

     In the Notice of Settlement filed on June 28, 2021, Docket No. 15, the parties represent that they have settled this action.  As a result, the Court dismisses this action without prejudice subject to either party reopening the action on or before July 28, 2021.  The Court will retain jurisdiction for the sole purpose of enforcing the settlement until July 28, 2021.  Thereafter, absent further order of the Court, the dismissal of this action will be with prejudice.  All dates in this action, including the trial date are vacated.

     IT IS SO ORDERED.


Initials of Deputy Clerk  _sr_

(Rev. 1/14/15)