**SO. CAL. EQUAL ACCESS GROUP**
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff, CLIFTON WALKER

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFTON WALKER,<br><br>              Plaintiff,<br><br>     vs.<br><br>PANDA EXPRESS, INC.; MEL J. RAAB, AS TRUSTEE OF THE MEL J. RAAB CHILD TRUST UNDER THE RAAB FAMILY TRUST; and DOES 1 through 10,<br><br>              Defendants. | **Case No.: 2:21-cv-01660-JFW (AFMx)**<br>Hon. John F. Walter<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Attorneys for Plaintiff CLIFTON WALKER ("Plaintiff") and Defendant MEL J. RAAB, AS TRUSTEE OF THE MEL J. RAAB CHILD TRUST UNDER THE RAAB FAMILY TRUST stipulate and jointly request that this Court dismiss, with prejudice, the above-captioned action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

Respectfully submitted,

DATED: July 7, 2021          SO. CAL. EQUAL ACCESS GROUP

By:  /s/ Jason J. Kim
Jason J. Kim
Attorneys for Plaintiff

Dated: July 7, 2021          THE LAW OFFICES OF MARTIN L. HORWITZ, P.C.

By:  /s/ Martin Horwitz
Martin Horwitz, Esq.
Attorneys for Defendant
MEL J. RAAB, AS TRUSTEE OF THE
MEL J. RAAB CHILD TRUST
UNDER THE RAAB FAMILY TRUST

**Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: July 07, 2021                    By: /s/ Jason J. Kim
Jason J. Kim